IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCaster, Vicky R

Printed: 11/20/07

Case Number: 04 B 44806
Judge: Wedoff, Eugene R
Filed: 12/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 1, 2007
Confirmed: January 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,325.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 11,779.63 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,432.00 |
| Trustee Fee: |  | 732.24 |
| Other Funds: |  | 2,381.13 |
| Totals: | 17,325.00 | 17,325.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,432.00 | 2,432.00 |
| 2. | First Consumers National Bank | Unsecured | 899.03 | 899.03 |
| 3. | Fingerhut Corporation | Unsecured | 782.53 | 782.53 |
| 4. | Asset Acceptance | Unsecured | 7,051.10 | 7,051.10 |
| 5. | Jefferson Capital | Unsecured | 1,738.98 | 1,738.98 |
| 6. | Asset Acceptance | Unsecured | 1,307.99 | 1,307.99 |
| 7. | Verizon Wireless | Unsecured | | No Claim Filed |
| 8. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Orchard Bank | Unsecured | | No Claim Filed |
| 11. | Pay Day Loan Co | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 14,211.63 | $ 14,211.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 105.17 |
| 3% | 23.20 |
| 5.5% | 308.37 |
| 5% | 69.29 |
| 4.8% | 155.23 |
| 5.4% | 70.98 |
|  | _____ |
|  | $ 732.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McCaster, Vicky R | Case Number:  04 B 44806 |
| | Judge:  Wedoff, Eugene R |
| Printed:  11/20/07 | Filed:  12/6/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _Denise Ashley_